# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Dale G. Cox
Bradley Murchison Kelly
501 Caddo Courthouse, 5th Fl
Shreveport LA 71101-5400

**REHEARING ACTION: October 19, 2011**

**Docket Number: 11   00108-WCA**

**DAVID HARRELL**
**VERSUS**
**BROOKSHIRE GROCERY COMPANY**

**Appealed from Office of Workers' Compensation - # 2 Case No. 08-20268**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Billy Howard Ezell**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brookshire Grocery Company** has this day been

   **DENIED.**

cc: Dorwan Gene Vizzier, Counsel for the Appellee